UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **QUINTUS BERNARD CASEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:24-cv-01260-RDP-SGC |
| **DAVID TERRY,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on July 20, 2025, recommending the claims in this matter be dismissed without prejudice under 28 U.S.C. § 1915A(b). (Doc. 19). Specifically, the Report recommended: (1) the claim for excessive force and the claim for deliberate indifference to medical needs concerning a wrist injury be dismissed for failure to state a claim; and (2) the remaining claims be dismissed as improperly joined. Although the Report and Recommendation advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections. The deadline to object has expired.

After careful consideration of the record in this case, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the claims presented in this matter will be dismissed without prejudice, either for failure to state a claim upon which relief can be granted, or as improperly joined.

A final judgment will be entered.

**DONE** and **ORDERED** this July 18, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE